KENNETH S. HOWER, ETC., ET AL. v. PICINICH &
RIGOLOSI, P.A., ET AL.

December 16, 1986.

Petition for certification denied.

ANGELO J. LISCIO v. BROOKDALE BEVERAGE COMPANY.

December 16, 1986.

Petition for certification denied.

OTTO HERRMANN v. NEW YORK SHIPYARD.

December 16, 1986.

Petition for certification denied.

HENRYLK CEGIELNIK v. JOSE A. SOTO.

December 16, 1986.

Petition for certification denied.